UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STEVEN DEAN SEPULVADO JR #736350 | CIVIL ACTION NO. 24-cv-1247 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| BERLIN SWEET ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 26], and having thoroughly reviewed the record, including the written objections filed [Doc. No. 30], and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 15] is **GRANTED** as follows: All claims for injunctive relief are **DISMISSED WITHOUT PREJUDICE**. All other claims against all defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to appoint counsel and motion for hearing [Doc. No. 30] are **DENIED**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 9th day of September, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE